# John Phillips PI

John E. Phillips
1275 Rosewood St.
Ann Arbor, Michigan 48104
philly9dad@comcast.net
(734) 645-5639

March 10, 2017

RECEIVED

MAR 1 0 2017

Blanchard & Walker
221 N Main St, Suite 300
Ann Arbor, Mi 48104

Re: Great Link Communications, LLC

On March 9, 2017, I went Sterling Heights attempting to serve Legal Inc. Corporation, on behalf of Great Link Communications. This location is only a mail center. After contacting your office, I was given an address in the city of Detroit.

After receiving this information, I went to Detroit. I found the location, which was in a residential neighborhood. I knocked on the door and was greeted by a black male holding a young child. I asked if this was Great Link Communications? He responded "Yes it is!" I then said I had some legal documents for the company. He accepted service and thanked me.

**TOTALS**

4.5hr@$35.00/hr = $157.50

Thank you,

John E. Phillips

5736

# John Phillips PI
3992 N. West River Rd
Sanford, Michigan 48657
philly9dad@comcast.net
(734) 645-5639

October 13, 2017

Lichten &Liss-Riordan
729 Boylston Street, Suite 2000
Boston, Ma 02116

Re Benion v LeCom

I was able to deliver subpoenas regarding this case in the following manner/

AmComm was served at 12482 Emerson Dr, Brighton, Michigan. I made an earlier attempt in White Lake, Michigan. However, the building was vacant. I also made an attempt on Matthew Schultz, at his residence, with nobody home.

Great Link at 19166 Pinewhurst is a private residence. I have served them there on a previous occasion. I made three attempts this time around. The last two, I was convinced that someone was home, but nobody answered the door. I left the subpoena inside the from door, due to the refusal to answer the door.

Christopher Morgan lives in a high rise, luxury apartment in downtown Detroit. I was successful serving him there before. However, the building is under new ownership and the employees were required to sign a non disclosure clause regarding the tenants.

The desk clerk couldn't tell me that Morgan lived there. But he did tell me he would give the subpoena to the resident. I then gave him the subpoena.

There was also an attempt made to an address in Sterling Heights. This is simply a mail center business.

## TOTALS

$300.00         I actually had 14 hours involved serving these papers. Because there
was difficulty
                serving Great Link, and Christopher Morgan, I feel more comfortable
charging $100
                per paper, and not 14hr@$35.00/hr = $490.00.

Thank you,

John E Phillips

**Michigan Civil Process**
42815 Garfield Rd. Suite 208
Clinton Twp, MI 48038

**INVOICE:** 1736181
Issued: Oct 18, 2017

**Blanchard & Walker PLLC**
Rachel Greenshields
221 N. Main St Suite 300
Ann Arbor, MI 48104

PAY TO:
**Michigan Civil Process**
42815 Garfield Rd. Suite 208
Clinton Twp, MI 48038

| Case: | 2:15-cv-14367 | Plaintiff / Petitioner: | Harry Benio, et al; |
|---|---|---|---|
| Job: | 1736181 | Defendant / Respondent: | LeCom Communications Inc., et al; |

| Item | Description | Cost | Quantity | Total |
|---|---|---|---|---|
| Serve | Great Links Communication Subpoena | $48.00 | 1 | $48.00 |
| Rush Service | | $100.00 | 1 | $100.00 |

Thank you for your business. Please pay the "Balance Due" within 21 days.

Tax ID: 38-3505945

Total: $148.00
Amount Paid: ($0.00)
**Balance Due: $148.00**

Michigan Civil Process • 42815 Garfield Rd. Suite 208, Clinton Twp, MI 48038

Call: 888-551-5353 • Fax: 586-783-3939 • Email: info@micps.com • Visit: www.micps.com


RECEIVED OCT 20 2017